People of the State of Illinois, Plaintiff-Appellee, v. William Davis (Impleaded), Defendant-Appellant.

Gen. No. 51,228. (Abstract of Decision.)

First District, Second Division.

January 12, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Anthony J. Onesto, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.